UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 06 B 01364
   HOWARD J HEPP
   JACQUELINE ANN HEPP                     CHAPTER 13

                                           JUDGE: MANUEL BARBOSA
           Debtor
    SSN XXX-XX-4079    SSN XXX-XX-6583
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/15/06 and confirmed on 05/09/06.

2. The case was dismissed after confirmation, 10/23/2008.

3. The Debtor paid a total of $ 9324.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | 1784.78 | .00 | 1784.78 |
| TROJAN PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1750.11 | 130.79 | 750.28 |
| CAPITAL ONE BANK | UNSECURED | 1801.53 | 134.75 | 772.30 |
| CAPITAL ONE BANK | UNSECURED | 693.32 | 51.81 | 297.22 |
| ROUNDUP FUNDING LLC | UNSECURED | 308.62 | 23.31 | 132.25 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 697.65 | 51.33 | 299.08 |
| RESURGENCE FINANCIAL | UNSECURED | 2605.99 | 194.87 | 1117.18 |
| ROUNDUP FUNDING LLC | UNSECURED | 2127.21 | 159.01 | 911.93 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1784.78 | .00 | 9984.43 | .00 | 11769.21 |
| PRINCIPAL PAID | 1784.78 | .00 | 4280.24 | .00 | 6065.02 |
| INTEREST PAID | .00 | .00 | 745.87 | .00 | 745.87 |
| TOTAL PAID | 1784.78 | .00 | 5026.11 | .00 | 6810.89 |

The Debtor's attorney, COSTELLO & COSTELLO         , was allowed $   3389.75 and was paid $   1211.00  direct and $   2099.19  through the plan.

The Trustee received $    413.92 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

                                PAGE   2
            CASE NO. 06 B 01364 HOWARD J HEPP & JACQUELINE ANN HEPP